SCANNED

# IN THE UNITED STATES DISTRICT C1`OURT

**FILED**

# FOR THE DISTRICT OF SOUTH CAROLINA

JUL 2 3 1999

# COLUMBIA DIVISION

LARRY W. PROPES, CLERK
COLUMBIA, S C

**ENTERED**
7-23-99

| | | |
|---|---|---|
| Marie-Therese Assa'ad-Faltas, | ) | |
| | ) | |
| Plaintff (s), | ) | |
| | ) | |
| vs. | ) | C.A. No. **3:94-1578-19** |
| | ) | |
| The University of South Carolina, et al, | ) | |
| | ) | |
| Defendant (s). | ) | |
| | ) | |

# ORDER

The above captioned case having been disposed of by this Court, the Clerk of Court is hereby authorized to return all sealed pleadings, documents and exhibits in his possession to the filing party.

IT IS HEREBY ORDERED this _____23rd_____ day of July, 1999.

_Dennis W. Shedd_
**DENNIS W. SHEDD**
**UNITED STATES DISTRICT JUDGE**